IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **NIKOLE GREEN,** | |
| **Plaintiff,** | |
| v. | Case No. 1:19-cv-1245 |
| **ASPEN DENTAL MANAGEMENT, INC., d/b/a ASPEN DENTAL,** | |
| **Defendant.** | |

## NOTICE OF REMOVAL

Defendant, Aspen Dental Management, Inc. ("ADMI" or "Defendant"), improperly identified as Aspen Dental Management, Inc., d/b/a Aspen Dental, by counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 hereby files this *Notice of Removal* of the above-captioned matter from the Johnson Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division. In support thereof, ADMI states:

1. On March 9, 2019, Plaintiff Nikole Green ("Green") filed a civil action in the Johnson Superior Court captioned *Nikole Green v. Aspen Dental Management, Inc., d/b/a Aspen Dental*, Cause No. 41D04-1903-PL-000032 (the "State Court Action"). Pursuant to Local Rule 81-2(b), a true and correct copy of the complete State Court Record, including the State Court Complaint, Appearance by Plaintiff's counsel, Summons, Appearance by Defendant's Counsel, and docket sheet is attached as **Exhibit A**.

2. ADMI received service of the Complaint and Summons around or about March 12, 2019. Pursuant to Local Rule 81-2(c), a true and accurate copy of the State Court Complaint is attached **Exhibit B**.

3. Venue is proper under 28 U.S.C. § 1446(a) as Johnson County is located within the Southern District of Indiana, Indianapolis Division. All events alleged in the Complaint are alleged to have occurred in Johnson County in the Southern District of Indiana.

4. In her Complaint, Green alleges she was not paid for overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C.A. § 206. FLSA is a law of the United States and is codified at 29 U.S.C. § 206.

5. Pursuant to 28 U.S.C. § 1331, the federal district courts have original jurisdiction over FLSA claims pursuant to 28 U.S.C. § 1331, which states: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Jurisdiction also is proper in this Court pursuant to 29 U.S.C. § 216(b).

6. Because this is a civil action of which the federal district courts have original jurisdiction founded on a claim or right arising under the laws of the United States, it is removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b).

7. Plaintiff's Complaint also asserts a claim for unpaid wages under the Indiana Wage Payment Act ("IWPA"), Ind. Code 42 U.S.C. 22-2-5-1, *et. seq*.

8. This Court has supplemental jurisdiction over Plaintiff's state law claim because it is so related to claims in the action within this Court's original jurisdiction that it forms part of the same case or controversy under Article III of the U.S. Constitution. *See* 28 U.S.C. § 1367; *see also Ammerman v. Sween*, 54 F.3d 423, 424 (7th Cir. 1995) (where state and federal claims derive from a common nucleus of operative facts, this Court may hear both the state and federal claims); *Sanchez & Daniels v. Koresko*, 503 F.3d 610, 614 (7th Cir. 2007) (finding even a loose factual connection between claims is sufficient for the exercise of supplemental jurisdiction).

9. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2(a), this Notice of Removal is accompanied by copies of all process, pleadings and orders filed in the State Court Action to date, including the Complaint and Summons, and the copy of the docket sheet from the State Court Action which are attached as **Exhibit A**. No other items have been filed in the State Court Action or served upon Defendant.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice and a Notice of Filing of Notice of Removal (attached as **Exhibit C**) shall be promptly filed with the Clerk of the Johnson Superior Court and served upon all parties

WHEREFORE, Defendant, Aspen Dental Management, Inc., by counsel, requests that the Court accept this *Notice of Removal*, and assume jurisdiction over this action for all further proceedings.

Respectfully submitted,

*/ s / Bianca V. Black*
Alan L. McLaughlin (#10182-49)
Bianca V. Black (#33701-53)

LITTLER MENDELSON, P.C.
111 Monument Circle, Suite 702
Indianapolis, IN  46204
Telephone: 317.287.3600
Facsimile: 317.636.0712
amclaughlin@littler.com
bblack@littler.com

*ATTORNEYS FOR DEFENDANT*
*ASPEN DENTAL MANGEMENT, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2019, I filed a copy of the foregoing *Notice of Removal* electronically. I further certify a copy was served upon the following by First Class United States Mail, postage pre-paid:

>Jay Meisenhelder
>JAY MEISENHELDER EMPLOYMENT
>& CIVIL RIGHTS LEGAL SERVICES, P.C.
>650 North Girls School Road, Suite B20
>Indianapolis, IN 46214
>Email Address: jaym@ecrls.com


>*/ s / Bianca V. Black*
>Bianca V. Black

FIRMWIDE:163211201.1 058441.1158